IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN GEBHARDT, individually, and on behalf of all others similarly situated, | ) ) ) ) | 4:01CV427 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| CONAGRA FOODS, INC., BRUCE ROHDE, JAMES P. O'DONNELL, KENNETH W. DIFONZO, and JAY D. BOLDING, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on filing No. 164, Defendants' Unopposed Motion for an extension of the deadline for them to file any opposition to Filing No. 153, Lead Plaintiffs' Motion for Distribution Of Class Settlement Fund. After having reviewed that Motion,

IT IS ORDERED that the Motion (Filing No. 164) is granted and Defendants shall have until and including Friday January 26, 2007 to file and serve any opposition to Filing No. 153, Lead Plaintiffs' Motion for Distribution of Class Settlement Fund.

January 19, 2007                BY THE COURT:

                                *s/Richard G. Kopf*
                                United States District Judge