IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN GEBHARDT, individually, and on behalf of all others similarly situated, | ) ) ) ) | 4:01CV427 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| CONAGRA FOODS, INC., BRUCE ROHDE, JAMES P. O'DONNELL, KENNETH W. DIFONZO, and JAY D. BOLDING, | ) ) ) ) ) | |
| Defendants. | ) | |

A motion for distribution of the class settlement fund is pending. It is supported by an index of evidence with voluminous exhibits. One of the exhibits is the affidavit of Kim R. Schmidt (filing 155-2). There are multiple exhibits to the Schmidt Affidavit, including Exhibit C-1. The face of Exhibit C-1 bears the handwritten notation "SEE ATTACHED CD-ROMS." (Filing 155-5.) However, no CD-ROMs were submitted for filing with the court. I will direct the plaintiffs to file with the court the CD-ROMs referenced on the face of Exhibit C-1 (filing 155-5), and to provide copies of these CD-ROMs to counsel for the defendants if it has not already done so.

IT IS ORDERED that the plaintiffs shall file with the Clerk of the court the CD-ROMs referenced in Exhibit C-1 (filing 155-2) and shall provide copies of these CD-ROMs to counsel for the defendants if it has not already done so.

January 24, 2007                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge