IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN GEBHARDT, Individually And On Behalf Of All Others Similarly Situated, ) ) ) | CASE NO. 4:01CV427 |
| Plaintiff, ) ) | Judge Kopf |
| vs. ) ) ) | Magistrate Judge Piester |
| CONAGRA FOODS INC., BRUCE C. ROHDE, JAMES P. O'DONNELL, KENNETH W. DIFONZO, and JAY D. BOLDING, ) ) ) ) | |
| Defendants. ) ) | |

**ORDER AMENDING THE COURT'S**
**MEMORANDUM AND ORDER DATED JANUARY 24, 2007**

WHEREAS, the Court's Memorandum and Order dated January 24, 2007 ordered that Lead Plaintiffs shall file with the Clerk of Court the CD-ROMs referenced in Exhibit C-1 to the Affidavit of Kim R. Schmidt dated December 28, 2006 (ECF Docket Filing #155-2) and provide copies of these CD-ROMs to Defendants' Counsel; and

WHEREAS, the CD-ROMs referenced in Exhibit C-1 to the Affidavit of Kim R. Schmidt contain information relating to the individual Participants in the ConAgra Foods Retirement Investment Savings Plan ("CRISP") which is not necessary to the distribution motion and which contains confidential and private information that should not be made available for public view.

NOW, THEREFORE, IT IS ORDERED THAT Lead Plaintiffs are relieved of the prior order of the Court to file with the Clerk of the Court the CD-ROMs submitted with the CRISP Claim.

January 31, 2007.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge