IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN GEBHARDT, individually, and on behalf of all others similarly situated, | ) ) ) ) | 4:01CV427 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| CONAGRA FOODS, INC., BRUCE ROHDE, JAMES P. O'DONNELL, KENNETH W. DIFONZO, and JAY D. BOLDING, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon the motion of the Lead Plaintiffs requesting leave for Ann Lipton, one of the attorneys of record for the Lead Plaintiffs, to withdraw as attorney of record. No opposition to the motion has been filed. I find that the motion should be granted.

IT IS ORDERED that the motion in filing 175 is granted, and Ann Lipton is granted leave to withdraw as counsel for the Lead Plaintiffs. Any future communication to the Lead Plaintiffs through the law firm of Milberg Weiss & Bershad LLP be directed to the remaining counsel of record for that firm.

February 16, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge